# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELLEY JONES,
                    Appellant,

vs.

OCEAN II, LLC,
                    Respondent.

No. 68192

**FILED**

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying judicial review in a foreclosure mediation matter. On January 13, 2016, this court entered its order directing appellant to file and serve the opening brief and appendix by February 2, 2016, and informing appellant that failure to file the documents would result in the appeal being dismissed as abandoned. Appellant has not filed the documents; accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Kathleen E. Delaney, District Judge
       John Walter Boyer, Settlement Judge
       Peters and Associates, LLP
       Law Offices of Les Zieve
       Eighth District Court Clerk

16-07065